**U.S. DISTRICT COURT**
**DISTRICT OF VERMONT**
FILED

2024 SEP -4  PM 4: 10

CLERK

BY_____KP_____
DEPUTY CLERK

2:24-cr-95-1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | NO. | |
| | ) | | |
| PAUL CORMIER, | ) | (18 U.S.C. § 922(g)(1)) | |
| Defendant. | ) | | |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about August 6, 2024, in the District of Vermont, the defendant, PAUL

CORMIER, knowing that he had been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed in and affecting commerce firearms, to wit:.

> Ruger SR9 9x19mm semi-automatic pistol;
> Ruger American .308 caliber rifle;
> Ruger Model 10-22 Carbine .22 caliber rifle;
> Mossberg Model 930 12-Gauge shotgun;
> Mossberg Model 500C 20-Gauge shotgun;
> Remington Model 513-T .22 caliber rifle;
> Marlin Model 336CS .30-30 Win caliber rifle;
> Winchester Model 94AE .30-30 Win caliber rifle.

(18 U.S.C. § 922(g)(1))

Forfeiture Notice

Upon conviction of the offense alleged in violation of Title 18, United States Code,

Section 922(g) set forth above in Count One, PAUL CORMIER shall forfeit to the United States

any firearms and ammunition involved in the commission of the offense, including, but not

limited to:

> Ruger SR9 9x19mm semi-automatic pistol SN: 335-16362
> Ruger American .308 caliber rifle SN: 691-00124
> Ruger Model 10-22 Carbine .22 caliber rifle SN: 118-45013
> Mossberg Model 930 12-Gauge shotgun SN: AF143760
> Mossberg Model 500C 20-Gauge shotgun SN: J890649
> Remington Model 513-T .22 caliber rifle SN: 136295
> Marlin Model 336CS .30-30 Win caliber rifle SN: 06013487
> Winchester Model 94AE .30-30 Win caliber rifle SN: 5405555
> 529 rounds of assorted ammunition.

(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

A TRUE BILL

██████████████████

FOREPERSON

*N. helor P. kerot  By APC*
NIKOLAS P. KEREST (APC)
United States Attorney
Rutland, Vermont
September 4, 2024